# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| BRENT SCHRECKENDGUST,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>PHILLIPS 66 COMPANY,<br><br>　　　　　　Defendant. | Cause No. CV **18-00071-DLC-RWA**<br><br>**ORDER** |

　　　Having considered the Unopposed Motion to Appear Telephonically at the Preliminary Pretrial Conference filed August 21, 2018, and given the absence of any showing of specific good cause,

　　　IT IS ORDERED that the Unopposed Motion to Appear Telephonically at the Preliminary Pretrial Conference is denied.

　　　Done and dated at Butte, Montana this 21st day of August, 2018.


　　　　　　　　　　　　　　　　　　　　/s/ Richard W. Anderson
　　　　　　　　　　　　　　　　　　　RICHARD W. ANDERSON
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE