IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| **BRENT SCHRECKENDGUST**, <br><br> Plaintiff, <br><br> v. <br><br> **PHILLIPS 66 COMPANY,** <br><br> Defendant. | Cause No. CV **18-00071-DLC-RWA** <br><br><br> **ORDER** |

Upon stipulation of plaintiff and defendant, and for good cause appearing,

IT IS HEREBY ORDERED that the above-captioned action be, and the same hereby is, DISMISSED in its entirety and with prejudice, as fully settled upon its merits. Each party shall be responsible for their own costs and attorneys' fees.

Done and dated in Butte this 7th day of June, 2019.

    /s/ Richard W. Anderson
RICHARD W. ANDERSON
UNITED STATES MAGISTRATE JUDGE